IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| CATHERINE BLACKWELL and BOBBY BLACKWELL,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST BANK,<br><br>Defendant. | C.A. No. 08-04125-GRA<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the claims of the individual Named Plaintiffs in the above action have been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within fifteen (15) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed. R. Civ. P. In the alternative, to the extent permitted by law, either party may within fifteen (15) days petition the Court to enforce settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within fifteen (15) days from the filing date of this Order.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

October 15, 2009
Anderson, South Carolina